IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA               No. 1:98-cr-00682
                                       Judge Gary Feinerman
V.

Ismail Khaled Hussein

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The Defendant, Ismail Khaled Hussein by and through his attorney ZAID ABDALLAH, to present to the Court the Motion to Withdraw as Attorney of Record. In support of this motion the attorney states as follows**:**

1. February 11, 2015, Zaid Abdallah filed an appearance on behalf of the Defendant Ismail Hussein.

2. That Defendant has not cooperated with Zaid Abdallah.

3. The Defendant indicated he no longer wishes to have Zaid Abdallah remain as attorney of record.

4. The Defendant has not satisfied his obligations of the attorney-client relationship.

5. That under these circumstances Zaid Abdallah is unable to represent the Defendant.

6. Due to the Defendant's lack of cooperation, Zaid Abdallah fears that it will be impossible to represent the Defendant zealously.

WHEREFORE, Zaid Abdallah, respectfully requests that this Court enter an Order granting his motion allowing him leave to withdraw as attorney of record for the Defendant.

                          Respectfully Submitted,
                          ZAID ABDALLAH
                          Attorney for Defendant

By:    /s/ *Zaid Abdallah*
        ZAID ABDALLAH
        Attorney for Defendant
Dated: April 9, 2015        134 N. LaSalle Ste 650
        Chicago, IL 60602

## **CERTIFICATE OF SERVICE**

The undersigned Attorney Zaid Abdallah hereby certifies that the following document:

**ATTORNEY'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

was served a April 9, 2015, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

Defendant was also served by mailed in the properly address envelope postage prepaid, from 134 North LaSalle Suite 650 Chicago, IL 60602 on April 9, 2015.

                By:    /s/ *Zaid Abdallah*
                          ZAID ABDALLAH