IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiffs | ) | Case No:98 CR 682 |
| | ) | |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| Rismail Khlaed Hussein | ) | |
|     Defendant | ) | |
| | ) | |

## **ORDER**

Government's motion to dismiss indictment [45] is granted. The indictment as to Defendant Ismail Hussein is dismissed without prejudice.   Motion hearing set for 4/30/2015 [46] is stricken.

Date:   4/28/15

_____
United States District Court Judge